UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER L. ANSELL,<br>     Plaintiff, | )<br>)<br>)   No. 1:21-cv-939 |
| -v- | )<br>)   Honorable Paul L. Maloney |
| BOARD OF EDUCATION OF KENT COUNTY<br>INTERMEDIATE SCHOOL DISTRICT, *et al.*,<br>     Defendants. | )<br>)<br>)<br>) |

## ORDER OF REMAND

Plaintiff Jennifer Ansell filed her complaint in the Kent County Circuit Court. She raises two claims, a violation of the Michigan's Bullard Plawecki Employee Right to Know Act and a violation of the Due Process Clause of the Fourteenth Amendment. Defendants removed the lawsuit under 28 U.S.C. § 1441(a) and § 1331 (federal question).

Having reviewed the record, the Court **REMANDS** this lawsuit to the Kent County Circuit Court. Defendants may remove a civil action within 30 days after service of the complaint. 28 U.S.C. § 1446(b)(1). Defendants filed their Notice of Removal on November 5, 2021. In the Notice, Defendants state that "On September 17, 2021, Plaintiff served Defendants with a Complaint filed in the Kent County Circuit Court." (PageID.2 - underlining in original.) By the Court's calculation, Defendants filed the Notice of Removal 49 days after service, well past the 30-day statutory deadline. **IT IS SO ORDERED.**

Date: November 12, 2021               /s/ Paul L. Maloney
                                Paul L. Maloney
                              United States District Judge