UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER L. ANSELL,<br>              Plaintiff, | )<br>)<br>) No. 1:21-cv-939 |
| -v- | )<br>) Honorable Paul L. Maloney |
| BOARD OF EDUCATION OF KENT COUNTY<br>INTERMEDIATE SCHOOL DISTRICT, *et al.*,<br>              Defendants. | )<br>)<br>)<br>) |

## JUDGMENT

The Court has remanded this lawsuit to the Kent County Circuit Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 12, 2021                               /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge